# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1874
_____

PAULA KEYSER,

Appellant,

v.

CURTIS S. KEYSER,

Appellee.

_____


On appeal from the Circuit Court for Bay County.
John L. Fishel, II, Judge.

October 16, 2018


PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Don A. Dennis of Jones Gaglio & Dennis, P.A., Panama City, for Appellant.

Carroll L. McCauley, Panama City, for Appellee.